EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | 2019 TSPR 198      |
|                           |                    |
|                           | 203 DPR _____    |
| Nancy Rivera Sepúlveda    |                    |

Número del Caso:  TS-12,672

Fecha:  21 de octubre de 2019

Abogada de la parte peticionaria:

        Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | TS-12,672 | |
|---|---|---|
| Nancy Rivera Sepúlveda | | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2019.

Examinado el escrito en el cual se solicita la reinstalación a la práctica de la abogacía y la notaria del 10 de octubre de 2019 presentada por la Sra. Nancy Rivera Sepúlveda, se ordena la reinstalación inmediata al ejercicio de la abogacía a la señora Rivera Sepúlveda.

Se le concede un término de quince (15) días contados a partir de la notificación de esta Resolución a la Oficina de Inspección de Notarías (ODIN), para expresarse en cuanto al mencionado escrito.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo